636 P.2d 1200

**Monte Ray BROOKS, Petitioner,**

v.

**STATE of Arizona, Respondent.**

**No. 5422–PR [formerly H–832].**

Supreme Court of Arizona.

Oct. 6, 1981.

Review Denied Nov. 3, 1981.

"Ordered: Petition for Writ of Habeas Corpus = denied.

Further Ordered: Petition for Writ of Habeas Corpus is treated as a Petition for Review and, as such, time requirements are waived and the same is accepted for filing.

Further Ordered: The Clerk of the Court of Appeals, Division One, is to transfer to this Court the opinion, motion for rehearing and response in *State v. Brooks,* No. 1 CA–CR 4299, 127 Ariz. 130 (App.) [618 P.2d 624]."

On Petition For Review

"Ordered: Petition for Review = denied."